UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG KISAKA,<br><br>        Plaintiff<br><br>    v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>        Defendant. | Case No. 2:21-cv-04757-CJC (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all other documents, pleadings, and motions filed and lodged in this action, and the Report and Recommendation of United States Magistrate Judge [Dkt. 26, "Report"]. Objections to the Report were due by no later than December 6, 2021 [*see* Dkt. 25], but no Objections have been filed. The Court, however, has considered Plaintiff's motion filed on December 8, 2021 [Dkt. 27] to the extent that it addressed and/or objected to any matter set forth in the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which Plaintiff has stated any objection through the above-noted motion.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: Defendant's motion to dismiss [Dkt. 10] is GRANTED; the Complaint is dismissed without leave to amend; and Judgment shall be entered dismissing this action with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: December 16, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE