UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG KISAKA,<br><br>　　　　　Plaintiff<br><br>　　　　v.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA,<br><br>　　　　　Defendant. | Case No. 2:21-cv-04757-CJC (GJS)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: December 16, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE