UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DOUG KISAKA, a California Resident, | No. 22-55945 |
| Plaintiff-Appellant, | D.C. No. 2:21-cv-04757-CJC-GJS |
| v. | Central District of California, Los Angeles |
| UNIVERSITY OF SOUTHERN CALIFORNIA, | ORDER |
| Defendant-Appellee. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's motion to proceed in forma pauperis (Docket Entry No. 16) is granted. The Clerk will update the docket to reflect this status.

Principal briefing is complete. The motion to file an amended opening brief will be addressed in a future order.

Appellant's optional reply brief is due November 20, 2023.

OSA174